# FEDERAL PUBLIC DEFENDER, SOUTHERN DISTRICT OF TEXAS
## TRANSCRIPT REQUEST AND INVOICE

| | |
|---|---|
| 1. PURPOSE  1 ☐ TRIAL  2 ☒ APPEAL OF CONVICTION/SENTENCE  3 ☐ OTHER | 2. REQUESTING ATTORNEY  Philip G. Gallagher |
| 3. DOCKET NO.  H-14-526 | 4. COURT  SOUTHERN DISTRICT OF TEXAS |

5. IN THE CASE OF
U.S.A  vs.  George Yarbrough

6. PERSON REPRESENTED
George Yarbrough

United States Courts
Southern District of Texas
FILED
MAY 05 2015
David J. Bradley, Clerk of Court

7. PROCEEDINGS IN WHICH TRANSCRIPT IS TO BE USED (Describe briefly)
Appeal from judgment of conviction and sentence imposed on April 15, 2015.

8. PROCEEDINGS TO BE TRANSCRIBED (Describe specifically and include docket entry number)
10/30/14: Initial Appearance held before the Hon. Frances H. Stacy (docket entry #7) (ERO);
10/30/14: Arraignment held before the Hon. Frances H. Stacy (docket entry #14) (ERO);
10/31/14: Detention Hearing held before the Hon. Frances H. Stacy (docket entry #11) (ERO).

9. FEDERAL PUBLIC DEFENDER'S REQUEST

As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I therefore request preparation of the transcript of the proceedings described above at the expense of the United States pursuant to the Criminal Justice Act.

FPD ACCOUNTING DATA
15 092300 F05TXSF 2532

_[signature]_          May 5, 2015
MARJORIE A. MEYERS         DATE
FEDERAL PUBLIC DEFENDER     (713) 718-4600
440 Louisiana, Suite 1350, Houston, Texas 77002-1669   TELEPHONE NUMBER

10. SPECIAL REQUESTS                             FPD'S INITIALS

A. ☐ Expedited    ☐ 14-Day    ☐ Daily    ☐ Hourly Transcript

B. ☐ Prosecution Opening Statement   ☐ Prosecution Argument   ☐ Prosecution Rebuttal
☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions

## INVOICE

| 11. COURT REPORTER/TRANSCRIBER STATUS | 14. PAYEE'S ADDRESS |
|---|---|
| ☐ Official  ☐ Contract  ☒ Transcriber  ☐ Other | |

12. FULL NAME OF PAYEE

| 13. SOCIAL SECURITY OR EMPLOYER I.D. NO. OF PAYEE | 15. TELEPHONE NO. |
|---|---|

| 16. TRANSCRIPT INCLUDE PG. NOS. | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | DED. AMT. APPORTIONED | TOTAL |
|---|---|---|---|---|---|
| A. Original | | $ | $ | $ | $ |
| B. Copy | | $ | $ | $ | $ |
| 17. | | | | TOTAL CLAIMED: | $ |

18. CLAIMANT'S CERTIFICATION
I hereby certify that the above invoice is correct and that I have not claimed or received payment from any other source for the services rendered and claimed in this invoice.

_____         _____
CLAIMANT'S SIGNATURE                DATE

18.A. Clerk's Office Verification of No. of Pages & Rates:   Verified by: _____
                                                                  (Signature)              (Date)

19. APPROVED FOR PAYMENT:                            AMT. APPROVED:
                                                         $ _____

_____                  _____
(Requesting Attorney, Federal Public Defender Office)    DATE