United States District Court
Southern District of Texas
FILED
SEP 22 2016
David J. Bradley, Clerk of Court

Dear Justice: Nancy F. Atlas

4:14cr526    Date: 9/15/16

I am writing to you because I was sentenced in your court and now have a federal sentence under your jurisdiction. The purpose of this letter is an attempt to recieve some relief from the illegal confinement in which I have been placed (within TDCJ-CID) due to the crime I was sentenced for in your court.

Here's The Situation:

The Judge that stated I sent him a letter Threating him, has illegaly used the power of his possition to influence the Texas Prison System to place me in the Worst Area the Texas Prison System has. This area is called ALU (Administrative Lock Up) seperate segregation (Or Super Segregation). This is an area specificly for Extreme Escape Risk, Extreme Violent Prisoners, Hostage Takers, and Prisoners who are Uncontrolable. I do not fit any of these criteria.

What Makes This Area Illegal Is This:

A.) Any time we come out of the cell we are placed in hand cuffs Behind our Backs (With A Black Box Over The Hand Cuffs). This causes pain in our hands.

B.) This Cellblock is Extream in it's Isolation, there are Only 12 People Housed Here (Including Myself) with No Other Contact with (Any) Other Prisoners.

C.) The Prison System / Prison Unit does not follow the Laws and Allow us to go Outside to get sunshine. In all the time I've been in this Area I have only been Allowed to go Outside Twice.

D.) This Area is Constently having their Medical Needs Denied for so called "Security Reasons". Yet by TDCJ-CID and Federal Laws "Security Reasons" is No Excuse to Deny a Prisoner Medical Needs, a Very Good Example is Myself is I have Epilepsy and if I were to have a Seizure there is No Help for Me because the Officers that Work the Cellblock Do Not have Anyway to get into my Cell, they have to Call a Supervisor if They Can Find One or in an Emergency Sound the Alarm and Hope Those That Respond Bring the Keys for the Door. Response Time (3-5 Minutes) at Average.

(Pg 1 of 2)

E.) This Area Violates Fire and Safety Prison Policy because of All The Pad Locks they'ed have to Open To Get the Emergency Exit Open (The Back Door). The Area is Infested with Black Mold, Black Widow Spiders, and Brown Recluse Spiders. We have Filed Grievances and made Complaints and the Prison Authorities make a Show of doing Something But they Never Do What They are Supposed to do.

F.) The Prisoners are Constently Getting Sick due to the Food always being Cold, they use of "Hot Box" but never Plug It In long enough to Heat The Food and it's let to Sit Sometimes for Hours, No Mater what We Complain About they just Don't Do Anything About It.

G.) This Area Deprives Us of Sleep there is Never a Time that I Can get over (5 Hours of Sleep) without being Wake Up by Guards Banging on the Cell Door with a Rubber Mallet, Slaming Doors, Blaring their Walkie Talkies, Yelling Out on the Cellblock (Through a Solid Door) to Officers in the Main Hallway (They have a Telephone they could Use) ect. The Lights on the Hallway (In front of the Cells) are Angled to Shine Right Into Our Cells. All these Things are Detramental to My Health as any of them Could Send Me Into A Seizure in My Sleep. Besides the Point of How it Negitivly Affects Everyones Health in General.

In Conclusion:

All of these matters cause a Seriously Illegal Enviroment To Be Placed In. There are Many Other Smaller Things i'll Not Go Into but i'm Not Going To. I ask if You Could Please Help Me with these Issues Since I am Under Your Jurisdiction. This is (NOT) a Legal Complaint or Filing of any Law suit! I am Just Trying To Find Some Help.

Sincerely,

George Yarbrough #898397
Coffeild Prison Unit / 2661 FM 2054
ALL #12
Tennessee Colony, TX 75884

(Pg. 2 of 2)

Christopher Nicks #89508-279
F.I. Beaumont Medium
PO Box 26040
Beaumont TX, 77720

Mr Lynn Hughes
Office of the clerk
515 Rusk Room 6300
Houston TX, 77067

77002-260725

United States District Court
Southern District of Texas
FILED
SEP 2 2 2016
David J. Bradley, Clerk of Court